**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00030-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MACKIE LEE JOHNSON,

        Defendant.

---

**ORDER EXTENDING VOLUNTARY SURRENDER DATE**

---

        Upon report of the probation officer that because of extenuating circumstances regarding notification of the defendant, it is

        **ORDERED** that the voluntary surrender date initially set for July 10, 2008, before noon, be extended until August 10, 2008, before noon.

        **DATED** at Denver, Colorado, this 8th day of July, 2008.

        BY THE COURT:

        *s/ LewisT. Babcock*
        LEWIS T. BABCOCK
        Senior United States District Judge